IN THE UNITED STATES COURTS OF APPEALS
FOR THE THIRD CIRCUIT

PETITIONER
JEROME MARSHALL
V.
John Wetzel
Commissioner Pennsylvania
Robert D. Gilmore
Superintendent at SCI Greene
District Attorney of County
of Philadelphia
RESPONDENTS

: CIVIL ACTION
: NO. 03-CV-03308
: PRO-SE. PETITIONER

FILED
FEB 29 2016
MICHAEL E. KUNZ, Clerk
By_____Dep Clerk

## NOTICE OF APPEAL

Notice is hereby giving that, I JEROME MARSHALL, the above named Petitioner, appeals to the THIRD CURCUIT COURT OF APPEAL from the order the EASTERN DISTRICT OF PENNSYLVANIA Judge JAMES KNOLL GARDNER, on the date of Febuary 18th, 2016, denying petitioner's Motions to REMOVE COUNSEL AND denying petitioner's SIXth ADMENDMENT Right to proceed PRO-SE

PETITIONER SEEKS REVERSAL OF THAT ORDER.

FARRETTA V. CALIFORNIA 422 U.S 808, 45 LEd 2d 562 95 S.Ct 2525 (1975)
HOLLAND V. TUCKER 854 F.Supp. 2d 1229 (S.D. Fla. 2012)
U.S V. WELTY 674 F.2d 185, 188 (3rd 1981)
McKoskle V. Wiggins 465 U.S 172, 79 L.Ed 2d 133, 104 SCt 944 (1984)

2/25/16

Jerome Marshall
Signature

IN THE UNITED STATES COURT OF APPEAL FOR THE THIRD CIRCUIT

PETITIONER
JEROME MARSHALL
V
JOHN WETZEL
COMMISSIONER PENNSYLVANIA
ROBERT D. GILMORE
SUPERINTENDENT At SCI-GREENE
DISTRICT ATTORNEY OF COUNTY
Phila, PA.
RESPONDENTS

: PRO-SE PETITIONER
: CIVIL ACTION
: NO: 03-CV-03308

FILED
FEB 29 2016
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

## CERTIFICATE OF SERVICE
### PRO-SE

I, JEROME MARSHALL, PETITIONER IN the Above Caption matter hereby verify that on this 05th day of FEBUARY, 2016, I have served A True AND correct copy OF NOTICE OF APPEAL PRO-SE before the COURT, upon Interesting parties.

DISTRICT Attorney
R. Seth William  3 S Penn Square Juniper St.
Phila, PA. 19107

District Judge JAMES Knoll Gardner
504 W. Hamilton St  Allentown PA.
18101-1514

THIRD Circuit CLERK
601 Market St. Phila PA 19106

2/25/16
DATED

Respectfully Submitted
Jerome Marshall  PRO-SE PETITIONER
JEROME MARSHALL