OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



March 18, 2016

Maureen C. Coggins, Esq.
523 West Linden Street
Allentown, PA 18101

Christian J. Hoey, Esq.
Rubino & Hoey
50 Darby Road
Paoli, PA 19301

RE: Jerome Marshall v. Commissioner Pennsylvania Department of Corrections, et al.
Case Number: 16-9000
District Case Number: 2-03-cv-03308
_____

Dear Counsel:

This will advise you that the above-captioned appeal will be submitted to a panel of this Court for possible dismissal due to a jurisdictional defect. It appears that this Court may lack appellate jurisdiction for the following reason(s):

> The order that you have appealed may not be reviewable at this time by a court of appeals. Only final orders of the district courts may be reviewed. 28 U.S.C. Section 1291 (enclosed).

Jurisdictional defects cannot be remedied by the court of appeals. The parties may submit written argument in support of or in opposition to dismissal of the appeal for lack of appellate jurisdiction. Any response regarding jurisdiction must be in proper form (original with certificate of service), and must be filed within 21 days from the date of this letter. Upon expiration of the response period, the case will be submitted to the Court for consideration of the jurisdictional question.

The parties will be advised of any Order issued in this matter.

March 18, 2016
Page 2

———————

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Jo-Ann Williams*
Jo-Ann Williams, Administrative Assistant

cc:     Susan E. Affronti, Esq.